[No. 31126-3-I. Division One. September 12, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANCISCO ESTRADA-GONZALES, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 91-1-05577-5, Peter Jarvis, J., entered July 23, 1992. *Dismissed* by unpublished per curiam opinion.

[No. 31128-0-I. Division One. September 12, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. LAWRENCE PITTMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Island County, No. 92-1-00024-6, Alan R. Hancock, J., entered July 10, 1992. *Dismissed* by unpublished per curiam opinion.

[No. 33317-8-I. Division One. September 12, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. MANUEL PAREJO, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 92-1-04932-1, Deborah Fleck, J., entered August 24, 1993. *Remanded* by unpublished per curiam opinion.

[No. 32766-6-I. Division One. September 12, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. MARIO RODRIGUEZ-ORTIZ, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 92-1-07374-5, Robert H. Alsdorf, J., entered April 26, 1993. *Dismissed* by unpublished per curiam opinion.